PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $5,290.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $5,250.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $3,699.00 IN U.S. CURRENCY,<br><br>Defendants. | 2:17-CV-00900-TLN-EFB<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JULY 3, 2017 TO SEPTEMBER 5, 2017 |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from July 3, 2017 to September 5, 2017.

IT IS SO ORDERED.

Dated: June 23, 2017

_____
Troy L. Nunley
United States District Judge